# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

In the:
**STATE OF MICHIGAN DISTRICT COURT**

STATE/COMMONWEALTH OF: MI

272449 - 1

WEST MICHIGAN DEBT COLLECTIONS, INC

In re / v.

KEVIN BALSLY

CASE NO:

**10-3773-GCK**

---

**KEVIN BALSLY**

12490 JEFFERSON AVENUE, NEWPORT NEWS, VA 23606

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served: **SUMMONS**
**COMPLAINT**
**MOTION**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:   3/9/2011  @  12:21 PM

METHOD OF SERVICE:

PERSONAL SERVICE

| Approx Desc | Skin | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Brown | 40-50 | 6'+ | 150-200 |

Dated: 3/10/2011

Signature

Name: DEBORAH J BIGGERS

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
DEBORAH J BIGGERS
who is personally known to me.
Date: 3/10/2011
My commission expire  10/31/2011

Signature of Notary Public:   CRYSTAL M. C. KLEIBER, REG. #329597

CRYSTAL M. C. KLEIBER, REG. #329597
Notary Public
Commonwealth of Virginia
My Commission Expires:  10/31/2011

**EXHIBIT A**

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

COURTNEY BURMEISTER

272449 - 1