3/9/2011 07:46 AM   HESTER SERVICES, Inc., POQUOSON, VA   Page 1 of 1

| OUT Date: 3-9 | | HAYES | | | SERVED BY: KB | | IN |

| | KEVIN BALSLY | DEADLINE | CD/RD | IN HAND | A | B | C* | D | E |
|---|---|---|---|---|---|---|---|---|---|
| PH 272449-1 | | | 4/1/2011 | ✓ | Time Served: 12:21 | | | | K 3/8/2011 |
| | | ✓ race: W  sex: M  F  approx age: 45  approx height: 6' weight: 160  color of eyes: blue  color of hair: L. Brown  glasses: YES  NO | | | | | | , WEST MICHIGAN DEBT COLLECT RFC 3/7/2011 DOD 2/28/2011 | | |
| | 6959 WOODSVILLE RD HAYES, VA 23072 | | | | | | | | |

NOTE: HE WORKS AT 12490 JEFFERSON AVE NEWPORT NEWS VA 23602, NOTE WHICH ADDRESS YOU SERVED. IF YOU GO TO HAYES GO AFTER WORKING HOURS!!
(Ferguson Building)   served at: 12490 Jeffson Ave.
Hornsby Building

ACCEPTED BY SIGNATURE: Kevin M. Balsly   PRINT: KMBalsly

RELATIONSHIP IF C* / TITLE IF B

PHONE: _____   FAX: _____   272449-1

15

EXHIBIT B