W. Michigan v Balsy

VIRGINIA:   In the Circuit Court for the City of Newport News

Kevin Balsly,
           Complainant,

Case No. CM1101416T-00

V

West Michigan Debt Collections, Inc.
           Defendant.

### ORDER

This day came the plaintiff, Kevin Balsly, in person and by counsel, and the defendant, West Michigan Debt Collections, Inc., by counsel.

And this matter came to be heard on motion of the plaintiff to quash the garnishment summons and all arguments being heard said motion the Court **DENIED**.

And it is further **ORDERED** that the Clerk of this Court is directed to furnish any party hereto, upon request, a certified copy of this Order forthwith and this case is removed from the docket.

This case is removed from the docket.

Entered: 9-1-11

_____
Judge

Copies to:
James A. Segall, (counsel for complainant)
Irving B. Goldstein, P.C., (counsel for defendant)
Kevin Balsly, 6959 Woodsville Road, Hayes, VA 23072
File

**EXHIBIT C**

I certify that the document to which this authentication is affixed is a true copy of a record in the Newport News Circuit Court, that I have custody of the record and that I am the custodian of that record.
Rex A. Davis, Clerk
By: _____ D.C.