## AFFIDAVIT OF STEVEN E. BRATSCHIE

STATE OF MICHIGAN   )
                    )SS
COUNTY OF KENT      )

I, Steven E. Bratschie, being duly sworn, depose and states under penalty of perjury as follows:

1) I am an attorney licensed to practice law before the courts in the State of Michigan, and I am the senior attorney and owner of Steven E. Bratschie & Associates, P.C.

2) I make this affidavit of my own personal knowledge, and if called to testify, I could and would testify truthfully to the following.

3) I, Steven E. Bratschie, do not practice law or conduct any type of business in the State of Virginia.

4) The law firm of Steven E. Bratschie & Associates, P.C. is a professional corporation which is incorporated and exists under the laws of the State of Michigan and is located in Kentwood, Michigan.

5) The law firm of Steven E. Bratschie & Associates, P.C. does not conduct business in the State of Virginia.

6) The law firm of Steven E. Bratschie & Associates, P.C. represents West Michigan Debt Collections, Inc. ("WMDC").

7) WMDC is a corporation which is incorporated and exists under the laws of the State of Michigan.


EXHIBIT G

8) WMDC does not regularly conduct business in the State of Virginia.

9) As of today's date, there is currently a case pending in the 2-A District Court in Adrian, Michigan involving virtually the same issues as those alleged in the Complaint at hand.

FURTHER, affiant sayeth not

Subscribed and sworn to before me this \_\_\_\_ day of November 2011.

Julie Hyatt-Wierzbicki, Notary Public
Kent County, Michigan
Acting in Kent County, Michigan
My Commission Expires: 10-5-2014