IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

KEVIN BALSLY,

       Plaintiff,

   v.                                  Civil Action No. 3:11cv642

WEST MICHIGAN DEBT COLLECTIONS, INC.
*et al.*,

       Defendants.

## DEFENDANTS' MOTION TO STAY ON ABSTENTION GROUNDS

Defendants West Michigan Debt Collections, Inc., Steven E. Bratschie & Associates, P.C., Steven E. Bratschie, and Michelle Born-Fischer ("Defendants"), by counsel, move to stay this action pursuant to *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800, 47 L.Ed.2d 483, 96 S. Ct. 1236 (1976).  The reasons in support of this Motion are set forth in Defendants' accompanying Memorandum in Support.

                                        **WEST MICHIGAN DEBT COLLECTIONS, INC., STEVEN E. BRATSCHIE & ASSOCIATES, P.C., STEVEN E. BRATSCHIE, AND MICHELE BORN-FISCHER**

                                        By Counsel

/s/_____
Danielle D. Giroux, Esquire
VSB No. 45401
*Attorneys for Defendants West Michigan*
*Debt Collections, Inc., Steven E. Bratschie*
*& Associates, P.C., Steven E. Bratschie,*
*and Michele Born-Fischer*
HARMAN, CLAYTOR, CORRIGAN
  & WELLMAN, P.C.
P.O. Box 70280
Richmond, Virginia  23255
804.747.5200

804.747.6085 - Facsimile
jowen@hccw.com
dgiroux@hccw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of November 2011, the foregoing

was filed electronically with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to:

> Leonard A. Bennett, Esq.
> Robin A. Abbott, Esq.
> Gary L. Abbott, Esq.
> Susan M. Rotkis, Esq.
> Consumer Litigation Associates, P.C.
> 12515 Warwick Boulevard, Suite 100
> Newport News, VA 23606

> /s/_____
> Danielle D. Giroux, Esquire
> VSB No. 45401
> *Attorneys for Attorneys for Defendants West*
> *Michigan Debt Collections, Inc., Steven E.*
> *Bratschie & Associates, P.C., Steven E. Bratschie,*
> *and Michele Born-Fischer*
> HARMAN, CLAYTOR, CORRIGAN
>   & WELLMAN, P.C.
> P.O. Box 70280
> Richmond, Virginia  23255
> 804.747.5200
> 804.747.6085 - Facsimile
> jowen@hccw.com
> dgiroux@hccw.com