**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

KEVIN BALSLEY,

     Plaintiff,

v.                                                  Civil Action No. 3:11CV642-HEH

WEST MICHIGAN DEBT
 COLLECTIONS, INC., et al.,

     Defendants.

**ORDER SETTING PRETRIAL CONFERENCE**

Pursuant to Fed. R. Civ. P. 16(a) and 16(b) and Local Rule 16(B), a pretrial conference is scheduled in this action for **THURSDAY, FEBRUARY 2, 2012** at **9:30 a.m.**  Please report to the Courtroom of Judge Hudson, Sixth Floor, Spottswood W. Robinson, III and Robert R. Merhige, Jr. United States Courthouse, 701 East Broad Street, Richmond, Virginia.  It is anticipated that the conference will last approximately five (5) minutes.

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26A(1), counsel: (1) shall confer not later than ten (10) days before the pretrial conference for the purposes required by Fed. R. Civ. P. 26(f); and (2) shall report orally at the pretrial conference on the discovery plan required by 26(f).

The Court will set a trial date which will be within ninety (90) to one hundred twenty (120) days after the pretrial conference except for complex litigation or in other unusual circumstances.

Unless approved by the Court before the pretrial conference, counsel who will actually try the case or counsel with full decision-making authority shall attend the pretrial conference. Counsel attending shall be prepared to provide available dates for trial and motions for all counsel of record.  In any event, counsel shall be knowledgeable of the facts and legal issues in the action and shall be prepared to set a firm trial date.   Absent extraordinary circumstances, pretrial conferences will not be conducted via telephone.

Issued at the direction of the Court.

By      _____/s/_____
                R.W. Pizzini, Deputy Clerk

Richmond, Virginia

Date:  January 4, 2012

IF THIS CASE IS SETTLED PRIOR TO THE CONFERENCE, PLEASE CALL THE CLERK'S OFFICE AT 916-2227.  THANK YOU.