IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KEVIN BALSLY,

    Plaintiff,

v.                                                      CIVIL ACTION NO.: 3:11cv642

WEST MICHIGAN DEBT COLLECTIONS, INC.,
et al.,

    Defendants.

## AGREED DISMISSAL ORDER

THIS DAY came the Plaintiff, KEVIN BALSLY, by counsel, and the Defendants, WEST MICHIGAN DEBT COLLECTIONS, INC., and STEVEN E. BRATSCHIE & ASSOCIATES, P.C., by counsel, and represented to the Court that all matters in dispute in this proceeding have been settled and agreed upon to the satisfaction of the parties, as set forth in their Settlement Agreement and Mutual Release.

Accordingly, and upon joint motion of the parties, it is hereby **ADJUDGED, ORDERED** and **DECREED** that:

1.     Plaintiff's Complaint against the Defendants is DISMISSED WITH PREJUDICE, without an award of costs or fees; and

2.     This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and Mutual Release between the parties.

ENTERED: April 23, 2012

/s/ DJN
_____
Judge

David J. Novak
U.S. Magistrate Judge

RECEIVED APR 23 2012 CLERK, U.S. DISTRICT COURT RICHMOND, VA

We ask for this:

/s/
Leonard A. Bennett, VSB #37523
Robin A. Abbott, VSB #46596
Gary L. Abbott, VSB #68829
Susan M. Rotkis, VSB #40693
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 fax

Adam G. Taub (Pro hac vice)
17200 West 10 Mile Rd. Suite 200
Southfield, MI 48075

*Counsel for Plaintiff*

/s/
Danielle D. Giroux, Esq.
Harman, Claytor, Corrigan & Wellman, P.C.
P.O. Box 70280
Richmond, VA 23255
(804) 747-5200
(804) 747-6085 fax

*Counsel for Defendants*